

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00392-CR

**STATE** of Texas,
Appellant

v.

Lee Allison **GOINS**,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2733
Honorable Raymond Angelini, Judge Presiding[1]

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

SIGNED May 15, 2019.

_____
Irene Rios, Justice

---

[1]The Honorable Raymond Angelini, retired, was sitting by assignment and signed the order challenged on appeal.